420 January 8, 2025 No. 38

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of M. V. O., aka M. O., aka M. O., aka M. W.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

M. L. O.,
aka M. K., aka M. L. W.,
*Appellant.*

Multnomah County Circuit Court
21JU04724;
Petition Number
114454;
A184549

Matthew J. Leady, Judge pro tempore.

Submitted December 13, 2024; on respondent's motion to dismiss filed December 11, 2024.

G. Aron Perez-Selsky filed the brief for appellant.

Stacy M. Chaffin, Assistant Attorney General, filed the brief for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Tookey, Presiding Judge, Kamins, Judge, and Nakamoto, Senior Judge.

PER CURIAM

Motion to dismiss granted; appeal dismissed as moot.

**PER CURIAM**

In this juvenile dependency case, mother appeals from a judgment that changed her child's permanency plan from reunification to adoption. In a single assignment of error, mother requests reversal of the permanency plan for adoption and contends that the juvenile court erred in finding that she made insufficient progress toward reunification.

After this appeal was filed, the juvenile court subsequently held a permanency hearing and, on December 9, signed a new permanency order in which it changed the permanency plan from adoption back to reunification. Thus, the December 9 order provides the relief that mother requested on appeal, and resolving the merits of this appeal would have no practical effect on the rights of the parties. *See Dept. of Human Services v. C. T.*, 288 Or App 593, 599, 406 P3d 191 (2017), *rev den*, 362 Or 545 (2018) (An appeal is moot when a decision "will no longer have a practical effect on the rights of the parties."). The Department of Human Services filed a motion to dismiss the appeal as moot, and mother's counsel did not oppose the motion. We agree that the appeal is moot and therefore dismiss.

Motion to dismiss granted; appeal dismissed as moot.